AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| RENE CROSS CONSTRUCTION, INC. | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  5:13-CV-00024-DCB-MTP |
| PREMIER GAMING GROUP, INC. BLADE CONSTRUCTION, LLC, and FOXCOR, INC. and NATCHEZ CASINO OPCO, LLC (Natchez Enterprise | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Foxcor, Inc.
10930 Switzer Ave.
Dallas, TX 75238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Michael F. Cavanaugh
131 Rue Magnolia (39530)
PO Box 1911
Biloxi, MS 39533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date:   MAY – 6 2013      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| RENE CROSS CONSTRUCTION, INC. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> PREMIER GAMING GROUP, INC. <br> BLADE CONSTRUCTION, LLC, and <br> FOXCOR, INC. and <br> NATCHEZ CASINO OPCO, LLC (Natchez Enterprise <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  5:13-CV-00024-DCB-MTP <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Natchez Casino Opco, LLC (Natchez Enterprise, LLC)
c/o Christopher S. Pace, Registered Agent
190 Capital Street, Suite 800
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael F. Cavanaugh
131 Rue Magnolia (39530)
PO Box 1911
Biloxi, MS 39533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date:  MAY – 6 2013         _____
*Signature of Clerk or Deputy Clerk*